**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

KRISTIN BEMBRY and ADAM      :
BEMBRY,                      :
                             :
    Plaintiffs,           :
                             :
    v.                    :    CASE NO.: 7:25-CV-177 (WLS)
                             :
STATE FARM FIRE AND CASUALTY :
COMPANY,                     :
                             :
    Defendant.            :
                             :

## ORDER

Before the Court is a Stipulation of Dismissal (Doc. 18), filed by the Parties on March 9, 2026. Therein, the Parties stipulate to the dismissal of the above-captioned case with prejudice and pursuant to Federal Rule of Civil Procedure 41(a).

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 18). Therefore, the above-captioned action is **DISMISSED**, **WITH PREJUDICE**. Plaintiffs' claims against Defendant having now been resolved, the Clerk of Court is **DIRECTED** to close this case.

    **SO ORDERED**, this 11th day of March 2026.

                    **/s/ W. Louis Sands**
                    **W. LOUIS SANDS, SR. JUDGE**
                    **UNITED STATES DISTRICT COURT**