IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KRISTIN BEMBRY, et al.,                          *

            Plaintiffs,              *

v.                                                              Case No. 7:25-CV-177 (WLS)

                                     *

STATE FARM FIRE AND CASUALTY
COMPANY,                                          *

            Defendant.              *

_____

## J U D G M E N T

Pursuant to this Court's Order dated March 11, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 11th day of March, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk